# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | 8:21-cr-368-JDA |
|---|---|---|
| v. | ) | |
| George Amos Tenney III | ) | Case: 1:21-mj-00505 |
| | ) | Assigned To : Harvey, G. Michael |
| | ) | Assign. Date : 6/28/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     George Amos Tenney III     ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Interfering with Law Enforcement Officer During Civil Disorder;
18 U.S.C. § 1512(c)(2) and (2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     06/28/2021

Digitally signed by G. Michael Harvey
Date: 2021.06.28 10:58:09 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/28/2021, and the person was arrested on *(date)* 6/29/2021
at *(city and state)* Anderson SC.

Date: 6/29/2021

*Arresting officer's signature*

Robert Gebing - Task Force Officer
*Printed name and title*