UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-CR-640-TJH |
| | : | |
| GEORGE AMOS TENNEY III and DARRELL ALAN YOUNGERS, | : : | |
| | : | |
| Defendants. | : | |

UNITED STATES' UNOPPOSED MOTION TO
CONTINUE MARCH 29, 2022 HEARING AND EXCLUDE TIME UNDER THE
SPEEDY TRIAL ACT

The above-captioned matter is currently set for status on March 29, 2022. Government counsel will be traveling that day. With defendants' consent, the government therefore respectfully requests that the hearing be continued to March 30 or 31, 2022. The parties are available in the afternoon both days except for 2:00-3:00 p.m. on March 30 and 3:30-4:30 p.m. on March 31. Defendant Youngers prefers March 30.

With defendants' consent, the government further moves this Court to exclude the time between March 29 and the new hearing date from the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv). More specifically, the production and review of voluminous discovery relating to this and other cases arriving from the January 6 Capitol riot, described most recently in the government's status memorandum filed February 11, 2022, justifies an exclusion of time for the effective preparation of counsel.

A proposed order follows.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052


By:  __/s/ *Alexis J. Loeb*_____
    Alexis J. Loeb
    California Bar No. 269895
    Assistant United States Attorney
    Detailee
    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Tel. (415) 436-7168
    alexis.loeb@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 21-CR-640-TJH** |
| : | |
| **GEORGE AMOS TENNEY III and** : | |
| **DARRELL ALAN YOUNGERS,** : | |
| : | |
| **Defendants.** : | |

### ORDER

Based upon the representations in the United States' Unopposed Motion to Continue March 29, 2022 Hearing and Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

**ORDERED** that the United States' Unopposed Motion to Exclude Time Under the Speedy Trial Act, is hereby GRANTED, and the status conference scheduled for March 29, 2022 is continued to _____, 2022; it is further

**ORDERED** that the time period from March 29, 2022 through _____, 2022, is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.  Due to the number of individuals currently charged across the Capitol riot investigation and the nature of those charges, the volume and nature of potentially discoverable materials (as referenced in the government's motion) and the reasonable time necessary for effective preparation by all parties taking into account the exercise of due diligence, the failure to grant such a continuance in this proceeding would be likely to make a continuation of this proceeding impossible, or result in a miscarriage of justice.   Accordingly, the

3

ends of justice served by granting a request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

                                                      _____
THE HONORABLE THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE