# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Criminal. No.:  1:21-cr-640 |
| | ) | |
| vs. | ) | |
| | ) | **Motion for Continuance** |
| George Tenney, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant, by and through undersigned counsel, respectfully requests a continuance for the previously scheduled sentencing hearing. A sentencing hearing has been scheduled for October 20, 2022. Counsel for the defendant filed a notice of appearance on August 24, 2022 and requires additional time to meet with the defendant to adequately prepare for sentencing.

The defense requests that this matter be scheduled in the month of November, 2022 or December, 2022. If this Court grants the request for continuance, the defense requests that the timeframe of November 21, 2022 – November 28, 2022 is excluded from possible dates for sentencing. The government has indicated that it does not oppose a continuance to the month of November.

                                                       Respectfully submitted,
                                                       <u>s/Charles W. Cochran</u>
                                                       Charles W. Cochran
                                                       Assistant Federal Public Defender
                                                       P.O. Box 876
                                                       Charleston, South Carolina 29402
                                                       (843) 727-4148

November 8, 2022