UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-640 (TFH) |
| : | |
| GEORGE AMOS TENNEY III, : | |
| : | |
| Defendant. : | |
| : | |

**GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBITS
PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following video exhibits to the Government's Sentencing Memorandum. The videos have been provided to defense counsel in discovery and will be provided to defense counsel and the Court via USAfx. As videos, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. Exhibit 1: A clip from U.S. Capitol Police surveillance video depicting the East Foyer and the Rotunda Doors between approximately 2:25 p.m. and 2:29 p.m. The clip is four minutes and four seconds long and does not include audio. It captures George Tenney opening the Rotunda Doors, helping rioters enter the Capitol, and confronting J.G. of the House Sergeant at Arms and U.S. Capitol Police Officers B.A. and J.M.G.

2. Exhibit 2: A 35-second clip from an open-source video posted by an entity called RMG News. The clip shows Tenney and Officer B.A. in the Rotunda just outside the East Foyer; Officer B.A. then returns to the East Foyer, followed by Tenney. It corresponds approximately to timestamp 1:17-1:52 in Exhibit 1. It includes audio.

If the Court accepts the proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
DC Bar No. 481052

/s/ Alexis J. Loeb
ALEXIS J. LOEB
CA Bar No. 269895
Assistant United States Attorney
Detailee
U.S. Attorney's Office for the Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA, 94102