IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America, | ) | Criminal. No.:  1:21-cr-640 |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE TENNEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Supplement to Sentencing Memorandum**

George Tenney, through undersigned counsel, respectfully submits supplementary documents to his previously filed sentencing memorandum for this Court's consideration. These documents include letters of support from family and friends and a letter from Mr. Tenney.

                                                Respectfully submitted,
                                                *s/Charles W. Cochran*
                                                Charles W. Cochran
                                                Assistant Federal Public Defender
                                                Charleston, South Carolina
                                                (843) 727-4148

November 30, 2022