Carl Barnard/CEO/ Channel Source

110 Holmes Dr

Spartanburg, SC

11-23-22

Dear Honorable Judge Thomas Hogan,

Case #

I'm writing to ask for leniency for my friend George A. Tenney III, who pleaded guilty of 18 U.S.C.231(a)(3),1512(c)(2) on 6-21-22 and will be entering the sentencing phase soon.

Thank you for allowing me to share with you the George Amos Tenney I know.

I am Carl Barnard, CEO and Founder of Channel Source.  I have known George Tenney, for 6 years. George and I were founding members of a local Greenville band the Mojo Katz. In addition to being a talented musician, I know George to be an outstanding and loving father to his children.

I am aware of the event that George was involved in, and his arrest. I also, know that he has suffered personally for his actions and regrets his uncharacteristic involvement.

George is also a small business owner who work long hours at his local restaurant to serve his community and to support his family.  George is a talented chef and a very hard worker.

Any man can consider himself lucky to have a friend who would get up in the middle of the night to come help, if he broke down on the side of the rode. George is that kind of Man.

I truly hope the court find that one moment of poor judgement does not define the life of such a hardworking family man, Husband, Father, Son and Friend, as I know George to be.

Carl Barnard