

Case#- 21-CR-640-1 (THF)

November 2, 2023

Honorable Judge Hogan,

    I, George Tenney, Federal ID# 52681-509, Respectfully ask the court to accept this as a pro se motion for sentence relief/reduction under Amendment 821 retroactive November 1, 2023. It is my understanding as a first time, non-violent offender that I am eligible for the 2 point reduction under Amendment 821 part(B). However, I am not an attorney so I respectfully request that the court appoint counsel for me to assist in this matter.

    I have remained in programs throughout my incarceration and spent my time working while continuing to stay out of trouble. Programs I have completed are: 1. National Parenting Program, 2. Family Programming, 3. Embracing Interfaith Cooperation, 4. Inside-Out Dad and 5. Talking With Your Doctor. I am currently participating in RDAP and am in the 3rd of 4 phases to complete the rehabilitation program. I am also on the waiting list to take the Anger/Hostility program and the Finance/Poverty program. All this while working for the BOP as #1 cook in the kitchen and now as an orderly in the unit.

    I have four kids that include a one year old son at home in dire need for my return. I own my own business of a local restaurant in our town and have full-time employment waiting for me when I get home. I have a well-structured, safe and healthy home to go to upon my release where I am missed and needed on a daily basis. So my return to society will be a positive, helpful return with a new perspective on life. Focusing on my family and bettering our life.

Thank you for your time and efforts in helping with this matter.

Sincerely,

George Tenney

